```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0086--CR (JWS)
"USA V KRISTER SVEN EVERTSON"
DEF 1.1 EVERTSON, KRISTER SVEN
```

In public format, including terminated defendants, excluding terminated counsel

```
        Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
       Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                  Filed: 06/17/04
                 Closed: 09/17/04
     No. of Defendants: 1
        MJ Case Number:
                    AKA: "KRIS" AKA CHRIS ERICKSON, AKA KRISTER ERICKSSON
        Location status: Released on Bond
             Trial date:
             Terminated: YES
      Needs interpreter: NO
      Counsel of record: Kevin F. McCoy
                         Federal Public Defender
                         550 W. 7th Avenue, Suite 1600
                         Anchorage, AK 99501
                         907-646-3400
                         FAX 907-646-3480
                         Serve: YES
                          Type: FPD
                          Role: Pretrial/Trial


     PLF 1.1 UNITED STATES OF AMERICA

      Counsel of record: Stephan A. Collins
                         U.S. Attorney's Office
                         222 W. 7th Avenue, #9
                         Anchorage, AK 99513-7567
                         907-271-5071
                         FAX 907-271-1500
                         Serve: YES
                          Type: Not specified
                          Role: Pretrial/Trial
```

Counts re: DEF 1.1 EVERTSON, KRISTER SVEN

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 49:5124 WILLFUL VIOLATION OF LAWS AND REGULATIONS PERTAINING TO TRANSPORTATION OF HAZARDOUS MATERIAL (F) | Dismissed (22-1) |
| 1 -   1 IND | 2 | 49:5124 WILLFUL VIOLATION OF LAWS AND REGULATIONS PERTAINING TO TRANSPORTATION OF HAZARDOUS MATERIAL (F) | Dismissed (22-1) |
| 1 -   1 IND | 3 | 49:5124 WILLFUL VIOLATION OF LAWS AND REGULATIONS PERTAINING TO TRANSPORTATION OF HAZARDOUS MATERIAL (F) | Dismissed (22-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0086--CR (JWS)
"USA V KRISTER SVEN EVERTSON"

In public format, for all filing dates
```

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed: 06/17/04
           Closed: 09/17/04
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 05/26/04 | [Re: DEF 1] Issued WOA in A04-0149 MJ (AHB). |
| NOTE - 2 | 06/17/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 5/26/04 in A04-0149 MJ (AHB). |
| 1 - 1 | 06/17/04 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 06/17/04 | [Re: DEF 1] AHB Grand Jury Minutes bail as prev set cont; set for arr & notify cnsl & USM; on bond. |
| NOTE - 3 | 06/18/04 | Notation: Proposed Trial Date Setting for Arr to USDJ. |
| 3 - 1 | 06/18/04 | [Re: DEF 1] Documents #2 through #13 transferred from: A04-0149 MJ (JDR). |
| 4 - 1 | 06/18/04 | [Re: DEF 1] AHB Minute Order re Arr set for 6/21/04 11:00 a.m. cc: USA, FPD, USM, USPO |
| 5 - 1 | 06/18/04 | [Re: DEF 1] Transcript re: preliminary hrg held 6/3/04 in A04-0149MJ (AHB). |
| 6 - 1 | 06/18/04 | [Re: DEF 1] Transcript re: continued preliminary hrg held 6/7/04 in A04-0149MJ (AHB). |
| 7 - 1 | 06/22/04 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] re Arr on Indt; hld 6/21/04; arr cont to 6/23/04 at 3:30 p.m. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 8 - 1 | 06/24/04 | [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] re Cont Arr on Indt hld 6/23/04; def pled not guilty; PTM's due 7/12/04; cond's of release to remain as prev set. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 9 - 1 | 06/24/04 | [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to meet & confer by 6/30/04; PTM's due 7/12/04. cc: USA, FPD |
| 10 - 1 | 06/24/04 | [Re: DEF 1] JWS Minute Order setting TBJ on 8/23/04 at 9:00 a.m. & FPTC for 8/23/04 at 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 11 - 1 | 06/24/04 | JWS Minute Order that no replies are to be fld unless requested by USDJ or USMJ. cc: USA, FPD, MJ Branson |
| 12 - 1 | 07/01/04 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 13 - 1 | 07/06/04 | DEF 1 Unopposed motion on shortened time to reschedule trial w/att aff. |
| 14 - 1 | 07/07/04 | [Re: DEF 1] JWS Order granting mot on shortened time and denying w/o prej mot to reschedule trial (13-1). cc: USA, FPD |
| 15 - 1 | 07/12/04 | DEF 1 motion on shortened time to ext time for ptms by 7 days w/att aff. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0086--CR (JWS)
"USA V KRISTER SVEN EVERTSON"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 07/13/04 | [Re: DEF 1] AHB Minute Order granting in part motion on shortened time to ext time for ptms by 7 days (15-1); ptms due 4:00 p.m., 7/16/04; oppos due 4:00 p.m., 7/26/04; any hrg evid/otherwise set 9:00 a.m., 8/5/04.  cc: USA, FPD, USM, PO |
| 17 - 1 | 07/28/04 | AHB Minute Order that ptms were due 7/16/04; none are pending; evid hrg set 8/2/04 deemend unnecessary and is vacated. cc: USA, FPD, USM, PO |
| 18 - 1 | 08/09/04 | DEF 1 (2nd) Unopposed motion on shortened time to reschedule trial w/att aff. |
| 19 - 1 | 08/09/04 | [Re: DEF 1] JWS Order granting (2nd) unoppo mot on shortened time to reschedule trial (18-1); FPTC reset to 9/27/04 @ 8:30 a.m. & TBJ reset to 9/27/04 @ 9:00 a.m.; crt found excludable delay. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 20 - 1 | 09/15/04 | [Re: DEF 1] PLF 1 Unopposed motion to dimiss Indictment without prejudice. |
| 21 - 1 | 09/17/04 | [Re: DEF 1] JWS Order granting unoppo mot to dismiss Indt w/o prej (20-1); 9/27/04 FPTC & TBJ vacated. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 22 - 1 | 09/17/04 | [Re: DEF 1] JWS Judgment of Discharge dism cts 1,2,3 of Indt (1-1). cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Branson |