Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTER SVEN EVERTSON,<br><br>Defendant. | NO.  A04-0086 CR (JWS)<br><br>**UNOPPOSED MOTION TO RELEASE PASSPORT** |

      Kris Evertson asks this court for an order releasing his passport.  Mr. Evertson was required to surrender his passport to the Clerk of Court as a condition of release.  *See* Docket No. 5.  It is appropriate to release Mr. Evertson's passport because the case was dismissed without prejudice on September 16, 2004, *see* Docket No. 21, and a jury acquitted Mr. Evertson of the same charges in a subsequent prosecution in *United States v. Evertson*, A05-0063 CR (RRB).

      The government does not oppose this request.

      This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel incorporated herein.

Dated at Anchorage, Alaska this 31st day of January 2006.

Respectfully submitted,

s/KEVIN F. McCOY
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:		907-646-3400
Fax:		907-646-3480
E-Mail:		kevin_mccoy@fd.org

Certification:
I certify that on January 31, 2006,
a copy of the *Unopposed Motion
to Release Passport* was served
Electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Kevin F. McCoy

*United States v. Krister Sven Evertson*
Case No. A04-0086 CR (JWS)                                                                                      Page 2