UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KRISTER SVEN EVERTSON,<br><br>    Defendant. | NO. A04-0086 CR (JWS)<br><br>**PROPOSED ORDER** |

On consideration of the defendant's unopposed motion to release passport;

It is hereby ordered that the motion is granted.

The Clerk of Court is hereby authorized to release the passport held by the Clerk as a condition of bail in this matter to a representative of the Federal Defender's Office for the District of Alaska.

Done at Anchorage, Alaska this _____ day of _____ 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE