Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A04-0086 CR (JWS) |
|---|---|
| Plaintiff, | **AFFIDAVIT OF COUNSEL** |
| vs. | |
| KRISTER SVEN EVERTSON, | |
| Defendant. | |
| STATE OF ALASKA | |
| THIRD JUDICIAL DISTRICT | ss: |

      Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

      1.      I am the attorney for Kris Evertson in this matter.

      2.      The purpose of this motion is to seek the return of Mr. Evertson's passport.

      3.      Mr. Evertson surrendered his passport to the clerk of court as a condition of bail in this matter.  *See* Docket No. 5.

      4.      This matter was dismissed without prejudice on September 16, 2004.  *See* Docket No. 21.

5. A jury later acquitted Mr. Evertson of the conduct alleged in this case. *See United States v. Evertson*, A05-0063 CR (RRB).

6. Mr. Evertson's passport has never been returned.

7. On January 31, 2006, I spoke with Assistant U.S. Attorney Bryan Schroder, government counsel in *United States v. Evertson*, A05-0063 CR (RRB). Mr. Schroder indicated that the government does not oppose this request.

8. Mr. Evertson asks that the Clerk of Court be directed to release the passport to a representative of the Federal Defender's Officer.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this day of January 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008